■ HAL DAVID, Doing Business as J. C. MUSIC Co., et al., Respondents, v CHARLES HANSEN MUSIC & BOOKS, INC., et al., Appellants.—Judgment, Supreme Court, New York County, entered on December 13 1977, unanimously affirmed on the opinion of Stecher, J., at Special Term. We have reviewed the order of October 24, 1977 on the appeal from the judgment and that order is affirmed (CPLR 5501, subd [a], par 1). Respondents shall recover of appellants $75 costs and disbursements of this appeal. Concur—Silverman, J. P., Fein, Markewich and Sandler, JJ.

■ MARY SCHEER, Appellant, v JAY L. SCHEER, Respondent.—Order, Supreme Court, New York County, entered on March 14, 1978, unanimously affirmed for the reasons stated by Nadel, J., at Special Term, without costs and without disbursements. Concur—Silverman, J. P., Fein, Markewich and Sandler, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MILTON IRIZZARY, Appellant.—Judgment, Supreme Court, Bronx County, rendered on May 25, 1977, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Silverman, J. P., Fein, Markewich and Sandler, JJ.

## (November 21, 1978)

1   In the Matter of FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent, v PARSONS & WHITTEMORE CONTRACTORS CORPORATION, Appellant.—Judgment, Supreme Court, New York County, entered on June 13, 1978, unanimously affirmed. Petitioner-respondent shall recover of appellant $50 costs and disbursements of this appeal. The appeal from the order of said court, entered on May 19, 1978, is dismissed as subsumed in the judgment entered June 13, 1978. No opinion. Concur—Murphy, P. J., Evans, Markewich and Yesawich, JJ.

■ SPERRY UNIVAC DIVISION OF SPERRY RAND CORPORATION, Respondent, v ROBERT HELLER ASSOCIATES, INC., Appellant.—Order, Supreme Court, New York County, entered on June 14, 1978, unanimously affirmed on the opinion of Shainswit, J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Murphy, P. J., Evans, Markewich and Yesawich, JJ.

■ HARRY STEINMAN, Appellant, v SMITH, STEIBEL, ALEXANDER & SASKOR, P. C., et al., Respondents.—Judgment, Supreme Court, New York County, entered on May 16, 1977, unanimously affirmed on the opinion of Gellinoff, J., at Special Term. Respondents shall recover of appellant $75 costs and disbursements of this appeal. Concur—Kupferman, J. P., Silverman, Fein, Yesawich and Sandler, JJ.